# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>RICKEY LOVELLE WARD (4) | )<br>)<br>)<br>) Case No: 22cr1037-WQH<br>) USM No: |
| Date of Original Judgment: 08/10/2023<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Payam Fakharara<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  24 months  months **is reduced to**  18 months .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant was sentenced to 24 months in the custody of the Bureau of Prisons for violating 18 U.S.C. § 371. Applying the factors under 18 U.S.C. § 3553(a), the Court concluded at sentencing that Defendant's conduct in this case supported the imposition of a 24-month custodial sentence, which was at the high-end of the Guidelines range. The Court now grants the Motion requesting a reduction to Defendant's custodial sentence due to a recalculation of his Guildelines range pursuant to Amendment 821, because Defendant originally received 2 criminal history "status points," which he no longer would receive under the new amendment and which would lower criminal history category to III. (ECF Nos. 254, 257.) The Government opposes the motion despite recommending a sentence within the Guidelines range in the Plea Agreement. Pursuant to 18 U.S.C. § 3553(a), the Court finds that lowering Defendant's sentence to 18 months, which is the high-end of the amended Guidelines range, is necessary to prevent unwarranted sentencing disparities. The Court finds that a custodial sentence of 18 months is the minimum necessary in light of the need for the sentence to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense.

Except as otherwise provided, all provisions of the judgment dated  08/10/2023  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  03/28/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Hon. William Q. Hayes, U.S. District Judge
*Printed name and title*